**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-1857**

─────────────

MATTHEW B. KIDDER,

        Plaintiff - Appellant,

    v.

MIN OUYANG, a/k/a OU Yangmin,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Timothy M. Cain, District Judge.  (8:23-cv-00505-TMC)

─────────────

Submitted:  February 22, 2024                    Decided:  February 26, 2024

─────────────

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Matthew B. Kidder, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew B. Kidder appeals the district court's order accepting the recommendation of the magistrate judge to dismiss Kidder's complaint for lack of personal jurisdiction over Defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Kidder v. Ouyang*, 8:23-cv-00505-TMC (D.S.C. July 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*